USCA1 Opinion

 

 November 29, 1993 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1545 JOHN LARNER, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent. ____________________ APPEAL FROM THE UNITED STATES TAX COURT [Hon. L. W. Hamblen, Jr., Chief Judge] ___________ ____________________ Before Breyer, Chief Judge, ___________ Torruella and Selya, Circuit Judges. ______________ ____________________ John Larner on brief pro se. ___________ Michael L. Paup, Acting Assistant Attorney General, Gary R. _________________ _______ Allen, Gilbert S. Rothenberg and Janice B. Geier, Attorneys, Tax _____ ______________________ ________________ Division, Department of Justice, on brief for appellee. ____________________ ____________________ Per Curiam. We have reviewed the parties' briefs __________ and the record on appeal. We affirm the judgment of the tax court essentially for the reasons stated in the order of dismissal for lack of jurisdiction, dated March 8, 1993. We add only that our colleagues in the Seventh and Eleventh Circuits have rejected the same argument proffered by appellant and have concluded that "[i]t is apparent from the numerous references to `United States mail' in the statute and regulations that section 7502 is intended to apply only to mail delivered by the United States Postal Service and not also to items delivered by a private delivery service." Pugsley v. Commissioner, 749 F.2d 691, 693 (11th Cir. 1985) _______ ____________ (footnote omitted), quoted in Petrulis v. Commissioner, 938 _________ ________ ____________ F.2d 78, 79-80 (7th Cir. 1991).